1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10                               ----oo0oo----

11

12   SCOTT JOHNSON,                    NO. CIV. 2:14-1369 WBS DAD

13            Plaintiff,

14        v.

15   PEDRO OROPEZA, in his
     individual and representative
16   capacity as Trustee--Pedro &
     Angela Oropeza 2008 Trust;
17   ANGELA OROPEZA, in her
     individual and representative
18   capacity as Trustee--Pedro &
     Angela Oropeza 2008 Trust;
19   PRAKIN C GAMBLE; and DOES 1-
     10,
20
              Defendants.
21

22                               ----oo0oo----

23                    STATUS (PRETRIAL SCHEDULING) ORDER

24            After reviewing the parties' Joint Status Report, the

25   court hereby vacates the Status (Pretrial Scheduling) Conference

26   scheduled for September 29, 2014, and makes the following

27   findings and orders without needing to consult with the parties

28

                                     1

1   any further.

2                  I.   SERVICE OF PROCESS

3         All named defendants have been served, and no further

4   service is permitted without leave of court, good cause having

5   been shown under Federal Rule of Civil Procedure 16(b).

6                II.   JOINDER OF PARTIES/AMENDMENTS

7         No further joinder of parties or amendments to

8   pleadings will be permitted except with leave of court, good

9   cause having been shown under Federal Rule of Civil Procedure

10  16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604

11  (9th Cir. 1992).

12              III. JURISDICTION/VENUE

13        Jurisdiction is predicated upon federal question

14  jurisdiction, 28 U.S.C. §§ 1331, 1343, because plaintiff's claims

15  arise under the Americans with Disabilities Act, 42 U.S.C. §

16  12101 et seq.  Supplemental jurisdiction is predicated upon 28

17  U.S.C. § 1367.  Venue is undisputed and is hereby found to be

18  proper.

19              IV. SETTLEMENT CONFERENCE

20        The court has determined that this case is appropriate

21  for an early settlement conference.  The parties shall contact

22  the assigned magistrate judge's courtroom deputy no later than

23  October 27, 2014, by phone or email to schedule an early

24  settlement conference.  Contact information for the assigned

25  magistrate judge is available at www.caed.uscourts.gov under the

26  "Judges" tab.

27        At the settlement conference, each party is ordered to

28  have a principal with full settlement authority present at the

1   conference or be fully authorized to settle the matter on any

2   terms.  No later than seven days before the date of the

3   Settlement Conference, counsel for each party shall submit a

4   confidential Settlement Conference Statement to the settlement

5   judge.  Such statements shall not be filed, but shall be

6   delivered to the chambers of the settlement judge, in hard copy.

7            V.   DISCOVERY

8            The parties shall serve the initial disclosures

9   required by Federal Rule of Civil Procedure 26(a)(1) by no later

10  than October 27, 2014.

11           The parties shall disclose experts and produce reports

12  in accordance with Federal Rule of Civil Procedure 26(a)(2) by no

13  later than June 15, 2015.  With regard to expert testimony

14  intended solely for rebuttal, those experts shall be disclosed

15  and reports produced in accordance with Federal Rule of Civil

16  Procedure 26(a)(2) on or before July 15, 2015.

17           All discovery, including depositions for preservation

18  of testimony, is left open, save and except that it shall be so

19  conducted as to be completed by August 10, 2015.  The word

20  "completed" means that all discovery shall have been conducted so

21  that all depositions have been taken and any disputes relevant to

22  discovery shall have been resolved by appropriate order if

23  necessary and, where discovery has been ordered, the order has

24  been obeyed.  All motions to compel discovery must be noticed on

25  the magistrate judge's calendar in accordance with the local

26  rules of this court and so that such motions may be heard (and

27  any resulting orders obeyed) not later than August 10, 2015.

28           VI.  MOTION HEARING SCHEDULE

1    All motions, except motions for continuances, temporary

2  restraining orders, or other emergency applications, shall be

3  filed on or before August 3, 2015.  All motions shall be noticed

4  for the next available hearing date.  Counsel are cautioned to

5  refer to the local rules regarding the requirements for noticing

6  and opposing such motions on the court's regularly scheduled law

7  and motion calendar.

8         VII.  FINAL PRETRIAL CONFERENCE

9         The Final Pretrial Conference is set for August 17,

10  2015, at 2:00 p.m. in Courtroom No. 5.  The conference shall be

11  attended by at least one of the attorneys who will conduct the

12  trial for each of the parties and by any unrepresented parties.

13         Counsel for all parties are to be fully prepared for

14  trial at the time of the Pretrial Conference, with no matters

15  remaining to be accomplished except production of witnesses for

16  oral testimony.  Counsel shall file separate pretrial statements,

17  and are referred to Local Rules 281 and 282 relating to the

18  contents of and time for filing those statements.  In addition to

19  those subjects listed in Local Rule 281(b), the parties are to

20  provide the court with: (1) a plain, concise statement which

21  identifies every non-discovery motion which has been made to the

22  court, and its resolution; (2) a list of the remaining claims as

23  against each defendant; and (3) the estimated number of trial

24  days.

25         In providing the plain, concise statements of

26  undisputed facts and disputed factual issues contemplated by

27  Local Rule 281(b)(3)-(4), the parties shall emphasize the claims

28  that remain at issue, and any remaining affirmatively pled

4

1  defenses thereto.  If the case is to be tried to a jury, the

2  parties shall also prepare a succinct statement of the case,

3  which is appropriate for the court to read to the jury.

4        VIII.  <u>TRIAL SETTING</u>

5        The jury trial is set for November 3, 2015, at 9:00

6  a.m.  The parties estimate that a jury trial will last three to

7  five days.

8        IX.  <u>MODIFICATIONS TO SCHEDULING ORDER</u>

9        Any requests to modify the dates or terms of this

10  Scheduling Order, except requests to change the date of the

11  trial, may be heard and decided by the assigned Magistrate Judge.

12  All requests to change the trial date shall be heard and decided

13  only by the undersigned judge.

14  Dated:  September 25, 2014

15  _____

16  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28