UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>          Plaintiff,<br><br>     v.<br><br>**Pedro Oropeza**, in his individual and representative capacity as Trustee--Pedro & Angela Oropeza 2008 Trust;<br>**Angela Oropeza**, in her individual and representative capacity as Trustee--Pedro & Angela Oropeza 2008 Trust;<br>**Rosa Has**; and Does 1-1,<br><br>          Defendants. | Case No.: 2:14-CV-01369-WBS-DAD<br><br>**ORDER GRANTING STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE AND RELATED DATES** |

Whereas the Court has reviewed the Parties' Stipulation to Continue the Trial Date and finds good cause to continue the final pretrial conference as follows: The final pretrial conference is continued to **October 26, 2015 at 2:00 p.m.**   The trial date is continued to **December 15, 2015 at 9:00 a.m.**   All related pretrial filing deadlines are modified accordingly pursuant to the new trial date and new final pretrial conference date.

**IT IS SO ORDERED.**

Dated: August 4, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE