UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>      Plaintiff,<br><br>  v.<br><br>PEDRO OROPEZA, in his individual and representative capacity as Trustee--Pedro & Angela Oropeza 2008 Trust;<br>ANGELA OROPEZA, in her individual and representative capacity as Trustee--Pedro & Angela Oropeza 2008 Trust;<br>ROSA HAS; and Does 1-10,<br><br>      Defendants. | Case No.: 2:14-CV-01369-WBS-DAD<br><br>**ORDER** |

## **ORDER**

The Court hereby vacates the hearing on plaintiff's Motion for Attorney's Fees (Docket #29) set for November 16, 2015, with the expectation that the parties will file a motion for attorney fees and costs within 60 days, and a stipulation for dismissal thereafter.

**IT IS SO ORDERED.**

**Dated: November 13, 2015**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE