# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PEDRO OROPEZA, in his individual and representative capacity as Trustee--Pedro & Angela Oropeza 2008 Trust; ANGELA OROPEZA, in her individual and representative capacity as Trustee--Pedro & Angela Oropeza 2008 Trust;<br>ROSA HAS; and Does 1-10,<br><br>　　　　Defendants. | **Case No.** 2:14-CV-01369-WBS-DAD<br><br>[ORDER] TO EXTEND DATE FOR FILING DISMISSAL |

Plaintiff SCOTT JOHNSON ("Plaintiff") and Defendants PEDRO OROPEZA; ANGELA OROPEZA and ROSA HAS ("Defendants") hereby stipulate to extend the deadline to file Dismissal to March 3, 2016.

IT IS SO ORDERED.

Dated: February 10, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE