UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PEDRO OROPEZA, in his individual and representative capacity as Trustee--Pedro & Angela Oropeza 2008 Trust; ANGELA OROPEZA, in her individual and representative capacity as Trustee--Pedro & Angela Oropeza 2008 Trust;<br>ROSA HAS; and Does 1-10,<br><br>　　　　Defendants. | **Case No**. 2:14-CV-01369-WBS-DAD<br><br>ORDER EXTENDING DATE FOR FILING DISMISSAL |

　　　Plaintiff SCOTT JOHNSON ("Plaintiff") and Defendants PEDRO OROPEZA; ANGELA OROPEZA and ROSA HAS ("Defendants") hereby stipulate to extend the deadline to file Dismissal to April 4, 2016.

　　　IT IS SO ORDERED.

Dated:  March 8, 2016

　　　　　　　　　　　　　　　　　_[signature]_____
　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE